**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **GARY SINGLETON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CASE NUMBER: 1:08-CV-00228-WS-B** |
| | ) |
| **COUNTRYWIDE HOME LOANS,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF SERVICE**

TO:    Clerk, Charles R. Diard, Jr.
   U. S. District Court
   Southern District of Alabama
   113 St. Joseph Street
   Mobile, AL  36602

   Please take notice that on the 10th  day of November, 2008 the following were served on counsel for all parties to these proceedings properly addressed, first class postage prepaid via first class mail:

   1.  Subpoena for Production of Documents – Pleska & Douglas, LLC

   Respectfully submitted,

               /s/ Earl P. Underwood, Jr.
               Earl P. Underwood, Jr.
               *Counsel for Plaintiff*

LAW OFFICES OF EARL P. UNDERWOOD, JR.
Post Office Box 969
Fairhope, AL  36533
Tel:  251-990-5558
Fax:  251-990-0626
epunderwood@alalaw.com