# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GARY J. SINGLETON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 08-0228-WS-C |
| ) | |
| **COUNTRYWIDE HOME LOANS, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiffs and defendant Countrywide Home Loans, Inc. ("Countrywide") have filed a joint motion to dismiss. (Doc. 95). All other parties declined the opportunity to object. (Doc. 96). Accordingly, and for the reasons set forth therein, the motion to dismiss is **granted**. All claims by the plaintiffs are **dismissed with prejudice**. All cross-claims and counterclaims of Countrywide are **dismissed without prejudice**. The Clerk is directed to close the file.

DONE and ORDERED this 22nd day of December, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE